JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

KALAMICE PIGGEE,

                    Petitioner,

          v.

WILLIAM MUNIZ, Warden,

                    Respondent.

Case No. 2:17-cv-07384-FLA (SK)

**JUDGMENT**

Pursuant to the Order Accepting the Report and Recommendation of the United States Magistrate Judge, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and that this action is dismissed with prejudice.

DATED: July 19, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge